124 F.3d 185
 Baby Doe, a Minor, by Her Parents and Natural Guardians,
John Doe, Jane Doe, John Doe, Jane Doe, Sibling Doe
v.
Methacton School District, Gerald Raske, Superintendent of
Methacton School District, Philadelphia School District,
Laura Giamo, Administrator or Executor of Estate of Michael
Giamo, John Klock, Principal of Methacton Junior High
School, J. Russell McConnell, Vice Principal of Methacton
Junior High School, Gregory DiFonzo
 NO. 96-1989
 United States Court of Appeals,
Third Circuit.
 July 28, 1997
 
 1
 Appeal From: E.D.Pa. ,No.94cv00244 ,
 
 914 F.Supp. 101
 
 2
 Affirmed.